Bridge v. Ring et ............................ 20205
Cleve. Akron Bag Co. v. Rodatt ............... 20213
Douglas v. Victor Olson Construct. Co........... 20206
East Liverpool (City) v. Goodballet et ........... 20208
Grunder v. Ziegler, Admrx...................... 20215
Levinson v. Jaskulek ......................... 20209
Lica v. State ............................... 20207
Long, Aud. et v. State ex Hamilton (City)...... 20212
Lukwinski v. State .......................... 20214
Nixon Nitration Works v. Gardner ........... 20210
Pence v. State .............................. 20211
State v. Penn. Rd. Co......................... 20204

### DEC. 4, 1926

20204—State of Ohio v. Pennsylvania Rd. Co.; motion for Noble Appeals to certify. C. C. Crabbe & J. C. Williamson, Columbus, for pltf; Scott & Scott, Cambridge, for deft.

### DEC. 6, 1826

20205—Fred Bridge v. William Ring et; motion for Lucas Appeals to certify. Smith, Baker, Effler & Eastman, Toledo, for pltf; Johnson, Johnson & Farber and Melvin R. Bergman & Milton L. Farber, Toledo, for defts.

20206—Tracy A. Douglas v. Victor Olson Construction Co; motion for Summit Appeals to certify. E. Guy Hammond, Akron, for pltf; Rockwell & Grant, Akron, for deft.

### DEC. 7, 1926

20207—Nick Lica v. State of Ohio; motion for Stark Appeals to certify. Sydney L. Geiger, Alliance, for pltf; F. E. Hunter, Alliance, for deft.

### DEC. 9, 1926

20208—City of East Liverpool v. C. A. Goodballet et. Motion for Columbiana Appeals to certify. Frank H. Hoover, City Solicitor, East Liverpool, Brooks & Thompson, East Liverpool, for defts.

### DEC. 11, 1926

20209—Samuel Levinson v. Samuel Jaskulek; motion for Hamilton Appeals to certify. Simeon M. Johnson, Cincinnati, for pltf; F. E. Burnett, Eli G. Frankenstein and Cohen, Mack & Hurtig, Cincinnati, for deft.

### DEC. 13, 1926

20210—Nixon Nitration Works, a corporation non-resident of Ohio, v. A. W. Gardner of Cleveland, Ohio; motion for Lucas Appeals to certify. Harold A. Kessler, Toledo, for pltf; H. A. Middleton, Toledo, and James Ferrell, Cleveland, for deft.

### DEC. 14, 1926

20211—Harley Pence v. State of Ohio; motion for leave to file petition in error to the Franklin Appeals. Dora S. Bachman, D. B. Ulrey & Harley E. Peters, Columbus, for pltf; John R. King, Columbus, for deft.

20212—Harry J. Long, Auditor of Butler County et v. State of Ohio ex rel City of Hamilton; motion for Butler Appeals to certify. P. P. Boli, Prosecuting Attorney of Butler County, for pltf; Harry J. Koehler, Jr., and L. J. Ziliox, for deft.

20213—Cleveland Akron Bag Co. v. Edward Rodatt; motion for Cuyahoga Appeals to certify. G. A. Boone, Cleveland, for pltf; Payer, Winch, Minshall & Karch, Cleveland, for deft.

20214—Arthur Lukwinski v. State of Ohio; motion for Cuyahoga Appeals to certify. Nathan E. Cook, Cleveland, for pltf; E. C. Stanton, Cleveland, for deft.

20215—H. Mitchell Grunder v. Frances Zeigler, Admrx. Motion for Columbiana Appeals to certify. Metzger, McCarthy & McCorkbill, Salem, for pltf; K. L. Cobourne, Salem, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Caldwell & Taylor v. State .................... 19943
Fire Assn. of Phila. v. Agresta ................. 19763
Hitz v. Telling et ........................... 19862
Penn. R. R. Co. v. Pub. Util. Com........... 18870
Pulliam v. Hitz et ........................... 19874
Sohngen v. Pub. Util. Com. .............. 19835-19836
Southern Surety Co. v. Chambers et ........... 19656
State ex Kohler v. Powell ................... 19961
State ex Freer v. Sperling ................... 20071

### MOTION DOCKET

Baugham v. Herschede Motor Car Co........... 20056
Beyoglides v. State .......................... 20142
Cleve. Builders Sup. Co. et v. Garfield Hts...... 19962
Cleve. Ry. Co. v. Marvin et ................... 19967
Dettelbach et v. Wilmot et ................... 19994
Edmondson v. Weiss .......................... 20010
Finkleman v. State .......................... 19953
E. M. Gordon v. Terrill et ................... 19918
W. Gordon v. Terrill et ..................... 19919
Gorski v. Gorski ............................ 20037
Guard. Sav. & Tr. Co. v. Templar Motor Co...... 20076
Hartford Fire Ins. Co. v. Glass ............... 20036
Jackson v. Dice et .......................... 19997
Kohler v. Powell et ......................... 19960
Libbey Glass Co. v. Gronan ................... 20046
Lytle, Admr. v. Un. Gas & Elect. Co........... 20048
Miller et v. Weiner ......................... 20127
Morrow, Recr. v. Hess ....................... 20123
Mt. Zion Congregational Church v. Harper...... 20060
Payne v. Reynolds et ........................ 20006
Smith v. Voss .............................. 20017
State ex Smith v. Fremont (City) ............. 20176
State v. Kilduff ............................ 20000
Tomko v. Wheeling & Lake Erie R. R. Co........ 20026
Weeden v. Weeden ........................... 19985

### SUPREME COURT
### PROCEEDINGS
### TUESDAY, DEC. 14, 1926
### GENERAL DOCKET

18870—Pennsylvania R. R. Co. v. Public Utilities Commission; error to the Public Utilities Commission. Order reversed on authority of Napier v. Atlantic Line R. R. Co.; Chicago & N. W. R. R. Co. v. R. Comm. of Wis., and C. M. & St. P. R. Co. v. R. Comm. of Wis., decided by Supreme Court of United States November 29, 1926. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-17-24 3 Abs. 2.

19656—Southern Surety Co. v. Frank Chambers et al; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-3-26, 4 Abs. 176; OS. Pend. 4 Abs. 306.